IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORTEAL TYLER,

    Plaintiff,

v.

MICHAEL A. DITTMAN and
CYNTHIA NEUHAUSER,

    Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-482-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Orteal Tyler leave to proceed and dismissing this case for failure to state a claim upon which relief can be granted in federal court.

/s/                                                   5/7/2018

Peter Oppeneer, Clerk of Court                Date